In The



Court of Appeals



Ninth District of Texas at Beaumont



__________________



NO. 09-08-085 CR


__________________



TERRIE ANN JOHNSON, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 410th District Court


Montgomery County, Texas


Trial Court No. 06-09-09008 CR 






MEMORANDUM OPINION



 We have before the Court a request from the appellant, Terrie Ann Johnson, to dismiss
her appeal. See Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant
personally and joined by counsel of record. No opinion has issued in this appeal. The
motion is granted, and the appeal is therefore dismissed. 

 APPEAL DISMISSED. 


 ____________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered December 3, 2008

Do Not Publish


Before McKeithen, C.J., Gaultney and Horton, JJ.